JML LAW, APLC
Cathryn G. Fund (SBN 293766)
cathryn@jmllaw.com
Rosa M. Bugarin (SBN 315249)
rbugarin@jmllaw.com
5855 Topanga Canyon Boulevard, Suite 300
Woodland Hills, California 91367
Telephone: (818) 610-8800
Facsimile:  (818) 610-3030

Attorneys for Plaintiff
ZERITA WILSON

LITTLER MENDELSON, P.C.
Kara L. Jassy (SNB 198846)
kjassy@littler.com
Zeeshan Kabani (SBN 322638)
kzabani@littler.com
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 553-0308
Facsimile:   (310) 553-5583

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZERITA WILSON, an individual, ) | Case No.: 2:22-cv-06425-JLS-AGR |
|      Plaintiff, ) | |
|    vs. ) | **JOINT STIPULATION TO DISMISS ENTIRE CASE WITH PREDJUDICE PURSUANT TO FRCP 41** |
| ) | |
| WAL-MART ASSOCIATES, INC., ) | |
| a Delaware corporation; and DOES ) | |
| 1-50, inclusive, ) | |
|      Defendants. ) | |

///

///

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
(818) 610-8800

JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
(818) 610-8800

## JOINT STIPULATION

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal *Rules of Civil Procedure*, this Stipulation is entered into by and between Plaintiff Zerita Wilson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Wal-Mart"), through their respective counsel of record:

**WHEREAS**, on August 8, 2022, Plaintiff filed her Complaint in Los Angeles County Superior Court;

**WHEREAS**, on or about September 22, 2022, Wal-Mart removed the case to federal court; and

**WHEREAS**, the parties have entered into an agreement to resolve the lawsuit and to dismiss the action in its entirety with prejudice.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**JOINT STIPULATION RE DISMISSAL**

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the

2    parties, through their counsel, that Plaintiff's claims against Wal-Mart are dismissed

3    with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal *Rules of Civil*

4    *Procedure* and that each party will bear her or its own attorneys' fees and costs.

5

6    **IT IS SO STIPULATED**

7

8

9    DATED:      July 6, 2023          JML LAW, A Professional Law Corporation

10

11                                     By:   */s/ Cathryn G. Fund*

12                                           CATHRYN G. FUND

13                                           ROSA M. BUGARIN

14                                           Attorneys for Plaintiff

15

16

17   DATED:      July 6, 2023          LITTLER MENDELSON, P.C.

18

19                                     By:   */s/ Zeeshan Kabani*

20                                           KARA L. JASSY

21                                           ZEESHAN KABANI

22                                           Attorneys for Defendant

23

24

25

26

27

28

*JML LAW*
*A Professional Law Corporation*
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
(818) 610-8800

3

2:22-cv-06425-JLS-AGR

**JOINT STIPULATION RE DISMISSAL**